# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELA VAN BLAIR, | ) | Case No.: 5:18-cv-01693-AGR |
| Plaintiff, | ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: September 27, 2019

*Alicia G. Rosenberg*
_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff Angela Van Blair